Clerk's Office
U. S. District Court
**FILED**
3/3/2020
Julia C. Dudley, Clerk
By: /s/ Susan Moody
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONALD BREEDLOVE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 7:19-cv-00210-GEC |
| BANKERS LIFE AND CASUALTY CO., CNO SERVICES, LLC, and JENNIFER SWEDENBURG, | ) |
| Defendants. | ) |

## FINAL ORDER

CAME THIS DAY the parties to this action, by counsel, and represented to the court that they had settled all causes of action asserted in this matter and thereafter moved this Honorable Court to dismiss this action;

AND IT APPEARING to the court that the motion is proper and should be granted;

IT IS NOW ORDERED that this action, including all cross-claims asserted herein, are hereby DISMISSED WITH PREJUDICE. The parties shall bear their own costs incurred herein.

IT IS FURTHER ORDERED that the Clerk of Court shall send certified copies of this Order to all counsel of record and shall thereafter strike this matter from the court's docket and place it among the ended causes.

Entered this  3rd  day of    March    , 20 20 .

*s/ Glen E. Conrad*
Hon. Glen E. Conrad, Senior United States District Judge

WE ASK FOR THIS:

s/ **Lauren M. Ellerman** *with consent*
Lauren M. Ellerman (VSB # 68464)
Thomas D. Frith, IV (VSB # 90058)
FRITH ELLERMAN & DAVIS LAW FIRM, P.C.
P.O. Box 8248
Roanoke, VA 24014
Phone: 540-985-0098
Fax:    540-985-9198
Email: lellerman@frithlawfirm.com
        bfrith@frithlawfirm.com

*Counsel for Plaintiff, Donald Breedlove*

s/ **Johneal M. White** *with consent*
Johneal M. White (VSB # 74251)
GLENN ROBINSON CATHEY MEMMER & SKAFF, PLC
400 Salem Avenue S.W., Suite 100
Roanoke, VA 24016
Phone: 540-767-2200
Fax:    540-767-2220
Email: jwhite@glennrob.com

s/ **Steven K. Huffer** *with consent*
Steven K. Huffer (admitted *pro hac vice*)
S.K. HUFFER & ASSOCIATES, P.C.
12805 East New Market Street, Suite 100
Carmel, IN 46032
Phone: 317-564-4808
Fax:    317-564-4812
Email: steveh@hufferlaw.com

*Counsel for Defendants Bankers Life and Casualty Company and CNO Services, LLC*

s/ **W. Barry Montgomery** *with consent*
W. Barry Montgomery (VSB # 43042)
KALBAUGH PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, VA 23236
Phone: 804-320-6300
Fax:    804-320-6312
Email: barry.montgomery@kpmlaw.com

*Counsel for Defendant, Jennifer Swedenburg*